148 A.3d 739

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MICHAEL R. GIULIANO (A/K/A MICHAEL R.
GUILIANO), DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005041-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 739

MOEMA MIGLIORE, PLAINTIFF, v. MARC WIERSUM,
DEFENDANT-PETITIONER.

July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002143-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.